THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC ANTHONY STOKKE, | CASE NO. C18-5974-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court has reviewed the entire record and the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. The Court therefore ORDERS that:

1.      The report and recommendation (Dkt. No. 13) is ADOPTED;

2.      The case is REMANDED for an award of benefits; and

3.      The Clerk is DIRECTED to provide copies of this order to the parties and to Judge Theiler.

DATED this 10th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE