UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC ANTHONY STOKKE, | CASE NO. C18-5974-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. No. 16). Plaintiff prevailed on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 13–14.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 16). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS Plaintiff attorney fees in the amount $3,427.96 and costs in the amount of $400.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for those fees shall be made payable to Plaintiff's attorney, Kevin Kerr, based upon Plaintiff's assignment of any EAJA award to his attorney. (*See* Dkt. No. 16-1.) Regardless of any offset, the check shall be mailed to Plaintiff's attorney at the following address: Kevin Kerr, P.O. Box 14490, Portland, OR 97293.

//

1     DATED this 4th day of December 2019.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE